IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01504-REB-MEH

JAMES SPROUL,

    Plaintiff,

v.

KENNAN J. VANCE, D.O.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 18, 2011.**

    Defendant's Unopposed Motion for Clarification or, Alternatively, Motion for Extension of Deadline to Designate Non-Parties at Fault [filed October 13, 2011; docket #15] is **granted in part and denied as moot in part**.  The Court will clarify that it understood the parties had agreed to the proposed language concerning the deadline for designation of non-parties. Therefore, the Court kept the language in the Scheduling Order and added an alternative deadline for all other situations under which the parties may seek to join parties or amend pleadings (hence, the word "otherwise").

    Defendant's alternative request for relief is denied as moot.