IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01504-REB-MEH

JAMES SPROUL,

      Plaintiff,

v.

KENNAN J. VANCE, D.O.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 2, 2012.**

      The Stipulated Motion to Conduct Independent Medical Examinations of Plaintiff in Accordance with Fed. R. Civ. P. 35 [filed March 1, 2012; docket #30] is **denied without prejudice** for the parties' failure to provide the information required by Fed. R. Civ. P. 35(a)(2)(B).

      In addition, Defendant's Unopposed Motion for Extension of Time to Endorse Physicians Conducting Rule 35 Examinations of Plaintiff [filed February 29, 2012; docket #28] is **denied** for failure to demonstrate extraordinary cause for the extension.

      First, discovery has been underway in this case for six months; the parties understood at the Scheduling Conference in August 2011 that trial would be fast approaching. With this in mind, Defendant provides no explanation for the parties' agreement to wait and conduct Rule 35 examinations in February 2012.

      Second, the expert designation deadlines have been already extended; the current schedule reflects deadlines that barely allow Judge Blackburn to consider fully briefed dispositive motions before the Trial Preparation Conference. Any further extension of the discovery deadlines would interfere with Judge Blackburn's trial schedule.

      Therefore, unless the trial preparation conference and trial dates are rescheduled, this Court must deny any further extensions of the discovery schedule in this case.

      The Court reminds the parties that they are obligated to cooperate in good faith to complete discovery on a timely basis. Any conduct determined to be uncooperative or made in bad faith may be subject to sanctions.