**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 11-cv-01504-REB-MEH

JAMES SPROUL,

      Plaintiff,

v.

KENNAN J. VANCE, D.O.,

      Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice**
[#33][1] filed March 5, 2012.  After reviewing the stipulation and the file, I conclude that
the stipulation should be approved and that this action should be dismissed with
prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation For Dismissal With Prejudice** [#33] filed March 5,
2012, is **APPROVED**;

      2.  That the Trial Preparation Conference set for July 20, 2012, is **VACATED**;

      3.  That the jury trial set to commence August 6, 2012, is **VACATED**; and

---

[1]  "[#33]" is an example of the convention I use to identify the docket number assigned to a
specific paper by the court's electronic case filing and management system (CM/ECF). I use this
convention throughout this order.

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 5, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

2